IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRI GODWIN                                                          PLAINTIFF

    v.        Civil No. 08-2143

NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY                                                DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay (Doc. 10). The parties request that the Court stay this matter for six (6) months due to Plaintiff's incarceration. The Court finds that the motion should be GRANTED. Accordingly, this matter is STAYED until **March 4, 2010**. The case is removed from the trial docket of November 16, 2009 and reset for a bench trial during the week of **August 16, 2010**. The discovery deadline is rescheduled to **June 14, 2010**, and the dispositive motion deadline is rescheduled for **July 5, 2010**.

IT IS SO ORDERED this 4th day of September 2009.

                                        */s/ Robert T. Dawson*
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE